IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SERENA CHERRY,

        Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND EAST
BAY NE LLC,

        Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1366

Opinion filed December 4, 2017.

An appeal from the Reemployment Assistance Appeals Commission.

Serena Cherry, pro se, Appellant.

Norman A. Blessing, General Counsel, and Katie E. Sabo, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

        AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., CONCUR.